UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER BLAGG, | ) | Case No. CV 09-9126 RSWL(JC) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |
| | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that, in the absence of petitioner's filing of a first amended petition naming a correct respondent and containing only petitioner's first exhausted claim, the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: February 8, 2011

RONALD S.W. LEW

_____

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE